UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHARITY DANSO, *on behalf of herself
and all others similarly situated*,

                                  Plaintiff,

-v-

PERFUME OUTLET DOT COM, LLC,

                                  Defendant.

------------------------------------------------------------------X

24 Civ. 4693 (PAE) (GS)

ORDER OF DISMISSAL

PAUL A. ENGELMAYER, District Judge:

Plaintiff Charity Danso ("Danso") filed the Complaint in this action on June 20, 2024. Dkt. 1. On June 21, 2024, an electronic summons was issued as to defendant Perfume Outlet Dot Com, LLC ("Perfume Outlet"). Dkt. 4. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. There is no indication on the docket, however, that Danso has served the Summons and Complaint on Perfume Outlet.

On October 3, 2024, United States Magistrate Judge Gary Stein, to whom the Court referred this case for pretrial management, issued an order to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 6. Danso has not taken this step or otherwise taken any action to make any progress in this case since Judge Stein's order to show cause.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for Danso's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 20, 2024
       New York, New York